PAWB FORM 30 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph R. Sundo, | ) | Case No. 20-20214 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| | ) | |
| | ) | |
| Joseph R. Sundo, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Collection Service Center, Inc.
Pob 560
New Kensington, PA 15068

Collection Service Center, Inc.
Attn: Bankruptcy
839 5th Ave.
New Kensington, PA 15068

Credit Collection Services

Po Box 607
Norwood, MA 02062

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Diversified Consultants, Inc.
P O Box 551268
Jacksonville, FL 32255

Diversified Consultants, Inc.
Attn: Bankruptcy
Po Box 679543
Dallas, TX 75267

SST/Cross River Bank
4315 Pickett Road
Saint Joseph, MO 64503

Systems & Services Technologies Inc
Po Box 5493
Carol Stream, IL 60197-5493

Tempo
720 East Pete Rose Way, Suite 400
Cincinnati, OH 45202

By:

February 14, 2020          /s/ Kenneth Steidl_____
DATE                       Kenneth Steidl, Esquire
                           Attorney for the Debtor(s)

                           STEIDL & STEINBERG
                           Suite 2830 – Gulf Tower
                           707 Grant Street
                           Pittsburgh, PA  15219
                           (412) 391-8000
                           ken.steidl@steidl-steinberg.com
                           PA I.D. No. 34965