**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20214−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Joseph R. Sundo
   1505 Middle Street
   Pittsburgh, PA 15215

Social Security No.:
   xxx−xx−4886

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−391−8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 13, 2020
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
April 13, 2020
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/18/20

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 20-20214-GLT
Joseph R. Sundo                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: culy              Page 1 of 2              Date Rcvd: Mar 18, 2020
                             Form ID: rsc13          Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
```
db              +Joseph R. Sundo,    1505 Middle Street,    Pittsburgh, PA 15215-2531
15186282         American Express Corporation,    P. O. Box 1270,    Newark, NJ 07101-1270
15212844         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
15199099        +CRB,   4315 Pickett Road, Bankruptcy Department,    St. Joseph, Missouri 64503-1600
15200112        +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
15200113        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                  St Louis, MO 63179-0034
15200114        +Collection Service Center, Inc.,    Pob 560,    New Kensington, PA 15068-0560
15200119        +Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 679543,    Dallas, TX 75267-9543
15186285        +KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                  Attn David Fein Esq.,    Philadelphia, PA 19106-1541
15186287        +PennyMac Loan Services, LLC,    3043 Townsgate Road, #200,    Westlake Village, CA 91361-3027
15200120        +SST/Cross River Bank,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
15186288         Systems & Services Technologies Inc,    Po Box 5493,    Carol Stream, IL 60197-5493
15186289         Systems & Services Technologies Inc,    4315 Pickett Road,    Po Box 3999,
                  Saint Joseph, MO 64503-0999
15200122       ++TEMPOE  LLC DBA WHY NOT LEASE IT,    ATTN BOB HOLWADEL,    720 EAST PETE ROSE WAY SUITE 400,
                  CINCINNATI OH 45202-3576
                (address filed with court:   Tempo,    720 East Pete Rose Way, Suite 400,    Cincinnati, OH 45202)
15188709         THE HUNTINGTON NATIONAL BANK,    PO BOX 889424,    CLEVELAND, OH 44101-8539
15210534         UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:47:20     Pennsylvania Dept. of Revenue,
                  Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 19 2020 04:48:35      Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:42:20
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15210528       +E-mail/Text: bnc@atlasacq.com Mar 19 2020 04:46:01      Atlas Acquisitions LLC,   294 Union St.,
                  Hackensack, NJ 07601-4303
15200115       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 19 2020 04:47:42
                  Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                  New Kensington, PA 15068-6303
15200117       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 19 2020 04:48:38
                  Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
15200116       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 19 2020 04:48:38
                  Credit Collection Services,    Po Box 607,    Norwood, MA 02062-0607
15186283        E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2020 04:42:16      Credit One Bank,
                  P.O. Box 98873,   Las Vegas, NV 89193-8873
15188533        E-mail/Text: mrdiscen@discover.com Mar 19 2020 04:45:59      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15200118       +E-mail/Text: bankruptcynotices@dcicollect.com Mar 19 2020 04:48:12
                  Diversified Consultants, Inc.,    P O Box 551268,    Jacksonville, FL 32255-1268
15186284       +E-mail/Text: bankruptcy@huntington.com Mar 19 2020 04:47:28      Huntingdon National Bank,
                  P.O. Box 1558,    Columbus, OH 43216-1558
15205661        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:41:34      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15201791        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 19 2020 04:41:07      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15186286        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 19 2020 04:41:14      Merrick Bank,
                  PO Box 660702,    Dallas, TX 75266-0702
15186949       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:41:11      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15186290       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 19 2020 04:48:19      UPMC,
                  2 Hot Metal Street, Room 386,    Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PENNYMAC LOAN SERVICES, LLC
cr*             +Atlas Acquisitions LLC,   294 Union St.,    Hackensack, NJ 07601-4303
15200121*        Systems & Services Technologies Inc,    Po Box 5493,    Carol Stream, IL 60197-5493
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: culy                Page 2 of 2              Date Rcvd: Mar 18, 2020
                              Form ID: rsc13            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              James  Warmbrodt     on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Kenneth  Steidl     on behalf of Debtor Joseph R. Sundo julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck     on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```