IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Joseph R. Sundo, | Case No. 20-20214 GLT |
| | Chapter 13 |
| Social Security No. XXX-XX- 4886 | |
| Debtor | Document No. 42 |
| Joseph R. Sundo, | |
| Movant | |
| vs. | |
| Mancini's Bakery Inc. and | |
| Ronda J. Winnecour, Trustee | |
| Respondents | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 24, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Joseph R. Sundo
1505 Middle Street
Pittsburgh, PA 15215

Mancini's Bakery Inc.
Attn: Payroll
601 Woodward Avenue
Mc Kees Rocks, PA 15136

**Served by ECF:** Ronda J. Winnecour, Trustee

Date of Service:      August 24, 2020       /s/ Kenneth Steidl
                                            Kenneth Steidl, Esquire
                                            STEIDL & STEINBERG
                                            28th Floor, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            PA I.D. 34965