IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph R. Sundo, ) | Case No. 20-20214 GLT |
| ) | Chapter 13 |
| Joseph R. Sundo, ) | Related to Document No. 52 |
| Social Security No. XXX-XX- 4886 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| AHN Wexford and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 10, 2021, 2021, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

AHN Wexford
Attn Payroll Dept
12311 Perry Highway
Wexford, PA 15090

**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee

| | |
|---|---|
| Date of Service: September 10, 2021 | /s/ Kenneth Steidl |
| | Kenneth Steidl, Esquire |
| | Attorney for the Debtors |
| | |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No. 34965 |