PAWB FORM 30  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Joseph R. Sundo, | ) Case No. 20-20214 GLT |
|     Debtor(s) | ) Chapter 13 |
| | ) |
| | ) |
| | ) |
| | ) |
| Joseph R. Sundo, | ) |
|     Movant(s) | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| No Respondent(s) | ) |
| | ) |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Bridgecrest
PO Box 842695
Los Angeles, CA 90084-2695

Bridgecrest
7300 E Hampton Ave Ste 100
Mesa, AZ 85209-3324


Date: <u>May 26, 2022</u>                          /s/ Kenneth Steidl_____
                                                                          Kenneth Steidl, Esquire
                                                                          Attorney for the Debtor(s)

                                                                          STEIDL & STEINBERG
                                                                          Suite 2830 – Gulf Tower
                                                                          707 Grant Street
                                                                          Pittsburgh, PA  15219
                                                                          (412) 391-8000
                                                                          ken.steidl@steidl-steinberg.com
                                                                          PA I.D. No.34965