IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph R. Sundo, | ) | Case No. 20-20214 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No.62 |
| | ) | |
| | ) | |
| | ) | |
| Joseph R. Sundo, | ) | Hearing Date and Time: |
|     Movant(s) | ) | June 30, 2022 at 9:00 a.m. |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

### CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN AND NOTICE OF PROPOSED MODIFICATION TO PLAN DATED 2/14/2020

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) May 26, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

May 26, 2022
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

```
Label Matrix for local noticing          American Express Corporation           American Express National Bank
0315-2                                   P. O. Box 1270                          c/o Becket and Lee LLP
Case 20-20214-GLT                        Newark, NJ 07101-1270                   PO Box 3001
WESTERN DISTRICT OF PENNSYLVANIA                                                 Malvern  PA 19355-0701
Pittsburgh
Thu May 26 13:42:19 EDT 2022

(p)ATLAS ACQUISITIONS LCC                Bridgecrest                             Bridgecrest
492C CEDAR LANE SUITE 442                7300 E Hampton Ave Ste 100              PO Box 842695
TEANECK NJ 07666-1713                    Mesa, AZ 85209-3324                     Los Angeles, CA 90084-2695


CRB                                      Citibank, N.A.                          Citibank/The Home Depot
4315 Pickett Road, Bankruptcy Department 5800 S Corporate Pl                     Citicorp Credit Srvs/Centralized Bk dept
St. Joseph, Missouri 64503-1600          Sioux Falls, SD  57108-5027             Po Box 790034
                                                                                 St Louis, MO 63179-0034


Citibank/The Home Depot                  Collection Service Center, Inc.         Collection Service Center, Inc.
Po Box 6497                              Attn: Bankruptcy                        Pob 560
Sioux Falls, SD 57117-6497               839 5th Ave.                            New Kensington, PA 15068-0560
                                         New Kensington, PA 15068-6303


Credit Collection Services               Credit Collection Services              Credit One Bank
Attn: Bankruptcy                         Po Box 607                              P.O. Box 98873
725 Canton St                            Norwood, MA 02062-0607                  Las Vegas, NV 89193-8873
Norwood, MA 02062-2679


Discover Bank                            Diversified Consultants, Inc.           Diversified Consultants, Inc.
Discover Products Inc                    Attn: Bankruptcy                        P O Box 551268
PO Box 3025                              Po Box 679543                           Jacksonville, FL 32255-1268
New Albany, OH  43054-3025               Dallas, TX 75267-9543


Duquesne Light Company                   Keri P. Ebeck                           Huntingdon National Bank
c/o Bernstein-Burkley, P.C.              Bernstein-Burkley                       P.O. Box 1558
707 Grant Street, Suite 2200, Gulf Tower 601 Grant Street, 9th Floor             Columbus, OH 43216-1558
Pittsburgh, PA 15219-1945                Pittsburgh, PA 15219-4430


(p)JEFFERSON CAPITAL SYSTEMS LLC         KML Law Group                           LVNV Funding, LLC
PO BOX 7999                              BNY Mellon Independence Center          Resurgent Capital Services
SAINT CLOUD MN 56302-7999                701 Market Street - Suite 5000          PO Box 10587
                                         Attn David Fein Esq.                    Greenville, SC 29603-0587
                                         Philadelphia, PA 19106-1541


MERRICK BANK                             Merrick Bank                            Brian Nicholas
Resurgent Capital Services               PO Box 660702                           KML Law Group, P.C.
PO Box 10368                             Dallas, TX 75266-0702                   701 Market Street
Greenville, SC 29603-0368                                                        Suite 5000
                                                                                 Philadelphia, PA 19106-1541


Office of the United States Trustee      PRA Receivables Management, LLC         Pennsylvania Department of Revenue
Liberty Center.                          PO Box 41021                            Bankruptcy Division
1001 Liberty Avenue, Suite 970           Norfolk, VA 23541-1021                  P.O. Box 280946
Pittsburgh, PA 15222-3721                                                        Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | PennyMac Loan Services, LLC<br>3043 Townsgate Road, #200<br>Westlake Village, CA 91361-3027 | PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, PC<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | SST/Cross River Bank<br>4315 Pickett Road<br>Saint Joseph, MO 64503-1600 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Joseph R. Sundo<br>1505 Middle Street<br>Pittsburgh, PA 15215-2531 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Systems & Services Technologies Inc<br>4315 Pickett Road<br>Po Box 3999<br>Saint Joseph, MO 64503-0999 | Systems & Services Technologies Inc<br>Po Box 5493<br>Carol Stream, IL 60197-5493 | THE HUNTINGTON NATIONAL BANK<br>PO BOX 889424<br>CLEVELAND, OH 44101-8539 |
| (p)TEMPOE LLC DBA WHY NOT LEASE IT<br>ATTN BOB HOLWADEL<br>720 EAST PETE ROSE WAY SUITE 400<br>CINCINNATI OH 45202-3576 | UPMC<br>2 Hot Metal Street, Room 386<br>Pittsburgh, PA 15203-2348 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste. 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Tempo<br>720 East Pete Rose Way, Suite 400<br>Cincinnati, OH 45202 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Duquesne Light Company                (u)PENNYMAC LOAN SERVICES, LLC         End of Label Matrix
c/o Bernstein-Burkley, P.C.                                                     Mailable recipients   47
707 Grant St., Suite 2200, Gulf Tower                                           Bypassed recipients    2
Pittsburgh, PA 15219-1945                                                       Total                 49
```