IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph R. Sundo, ) | Case No. 20-20214 GLT |
| Debtor(s) ) | Chapter 13 |
| ) | |
| ) | |
| ) | Motion for WO-1 |
| ) | |
| Joseph R. Sundo, ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| AHN Wexford  and ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 31, 2022, a true and correct copy of the *Amended Order to Pay Trustee together with Notice of the Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Joseph R. Sundo
1505 Middle Street
Pittsburgh, PA 15215

AHN Wexford
Attn: Payroll Dept.
12311 Perry Highway
Wexford, PA 15090

**Served by ECF:**
Ronda J. Winnecour, Trustee

Date of Service:	May 31, 2022	/s/ Kenneth Steidl
	Kenneth Steidl, Esquire
	STEIDL & STEINBERG
	28th Floor, Gulf Tower
	707 Grant Street
	Pittsburgh, PA 15219
	(412) 391-8000
	PA I.D. 34965