IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph R. Sundo, | ) | Case No. 20-20214 GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| Joseph R. Sundo, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Respondent(s) | ) | |

## REPORT OF FINANCING

AND NOW, comes the Debtor, Joseph R. Sundo, by and through his attorney

Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents

as follows:

1.      On January 20, 2020, this Honorable Court entered an order at Docket

No.61, approving the Debtor's request to finance a new vehicle.

2.      The Debtor purchased a 2018 Ford Edge, by way of financing through

Bridgecrest.

3.      The vehicle was purchased from Drivetime.

4.      The amount of the loan is $21,000.00 at an interest rate of 15.44%.

5.       The monthly loan payment is $449.95 for 72 months.

6.      The monthly loan payments begin May 2, 2022.

7.      The Debtor will immediately file an amended Chapter 13 plan to include

the monthly vehicle loan payment.

WHEREFORE, the Debtor, Joseph R. Sundo, respectfully file this Report of

Financing.

Respectfully submitted,


June 2, 2022                          /s/ Kenneth Steidl
DATE                                 Kenneth Steidl, Esquire
                                     Attorney for the Debtor(s)

                                     STEIDL & STEINBERG
                                     Suite 2830 – Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA  15219
                                     (412) 391-8000
                                     ken.steidl@steidl-steinberg.com
                                     PA I.D. No. 34965