FILED
5/31/22 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph R. Sundo, ) | Case No. 20-20214 GLT |
| Debtor(s) ) | Chapter 13 |
| ) | Relate Docket No. 65 |
| ) | |
| Joseph R. Sundo, ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, ) | |
| Chapter 13 Trustee ) | |
| Respondent(s) ) | |

## CONSENT ORDER AMENDING CONFIRMATION ORDER DATED AUGUST 20, 2020

AND NOW, comes the Debtor and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on January 20, 2020.
2. The Debtor sought an order permitting post-petition vehicle financing. That order was entered on April 11, 2022 at Doc. 60.
3. Debtor was approved for financing through Bridgecrest. The monthly payment is $449.95 and the first payment is due by May 2, 2022. The Debtor will provide the Trustee with the account number.
4. Debtor has filed an amended plan to include the new obligation, but the confirmation hearing scheduled for June 30, 2022.
5. Debtor is desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Debtor's wage attachment will be amended to adequately fund and provide for the newer amended plan figure.
7. The Trustee expects to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The August 20, 2022, interim order confirming Debtor's plan dated February 14, 2020, is hereby amended to include, under Part "1.H." the following: The Trustee is authorized to pay adequate protection payments to Bridgecrest in the monthly sum of $449.95 beginning with the first

    payment due May 2, 2022, and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Kenneth Steidl
Kenneth Steidl,
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone
Attorney for Trustee

So Ordered: this 31st day of May 2022

_____
Gregory  Taddonio   hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20214-GLT |
| Joseph R. Sundo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph R. Sundo, 1505 Middle Street, Pittsburgh, PA 15215-2531 |
| 15199099 | + | CRB, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 15200114 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15200119 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15186285 | + | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, Attn David Fein Esq., Philadelphia, PA 19106-1541 |
| 15200120 | + | SST/Cross River Bank, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15186289 | | Systems & Services Technologies Inc, 4315 Pickett Road, Po Box 3999, Saint Joseph, MO 64503-0999 |
| 15186288 | | Systems & Services Technologies Inc, Po Box 5493, Carol Stream, IL 60197-5493 |
| 15200122 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempo, 720 East Pete Rose Way, Suite 400, Cincinnati, OH 45202 |
| 15188709 | | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15210534 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 01 2022 03:19:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 01 2022 03:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15210528 | | Email/Text: bnc@atlasacq.com | Jun 01 2022 03:11:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15186282 | | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 03:19:10 | American Express Corporation, P. O. Box 1270, Newark, NJ 07101-1270 |
| 15212844 | | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 03:19:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15484869 | | Email/Text: rm-bknotices@bridgecrest.com | Jun 01 2022 03:12:00 | Bridgecrest, PO Box 842695, Los Angeles, CA 90084-2695 |
| 15484870 | | Email/Text: rm-bknotices@bridgecrest.com | Jun 01 2022 03:12:00 | Bridgecrest, 7300 E Hampton Ave Ste 100, Mesa, AZ 85209-3324 |
| 15224829 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 03:19:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15200112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 03:19:18 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15200113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 03:19:15 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 20-20214-GLT   Doc 71   Filed 06/02/22   Entered 06/03/22 00:27:26   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15200115 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 01 2022 03:12:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15200117 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 01 2022 03:12:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15200116 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 01 2022 03:12:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 15186283 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2022 03:19:14 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15188533 | | Email/Text: mrdiscen@discover.com | Jun 01 2022 03:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15200118 | + | Email/Text: bankruptcynotices@dcicollect.com | Jun 01 2022 03:12:00 | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 15223777 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 01 2022 03:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15186284 | + | Email/Text: bankruptcy@huntington.com | Jun 01 2022 03:11:00 | Huntingdon National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15224657 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2022 03:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15205661 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:19:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15201791 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2022 03:19:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15186286 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2022 03:19:13 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15186287 | + | Email/PDF: ebnotices@pnmac.com | Jun 01 2022 03:19:11 | PennyMac Loan Services, LLC, 3043 Townsgate Road, #200, Westlake Village, CA 91361-3027 |
| 15224432 | + | Email/PDF: ebnotices@pnmac.com | Jun 01 2022 03:19:11 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15221365 | + | Email/Text: ebnpeoples@grblaw.com | Jun 01 2022 03:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15186949 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:19:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15186290 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 01 2022 03:12:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15210534 | ^ | MEBN | Jun 01 2022 03:10:14 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15220652 | | Email/PDF: ebn_ais@aisinfo.com | Jun 01 2022 03:19:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15219786 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

15200121    *    Systems & Services Technologies Inc, Po Box 5493, Carol Stream, IL 60197-5493

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Joseph R. Sundo julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 6