IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph R. Sundo, | ) | Case No. 20-20214 GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| Joseph R. Sundo, | ) | Hearing Date and Time: |
| Movant(s) | ) | September 8, 2022 at 9:00 a.m. |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED 8/2/2022 AND NOTICE OF PROPOSED MODIFICATION TO PLAN DATED 5/26/2022

I certify under penalty of perjury that caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) 8/2/2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

August 2, 2022                             /s/ Kenneth Steidl
DATE                                              Kenneth Steidl, Esquire
                                                    Attorney for the Debtor(s)
                                                    STEIDL & STEINBERG
                                                    Suite 2830 – Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 391-8000
                                                    ken.steidl@steidl-steinberg.com
                                                    PA I.D. No. 34965

```
Label Matrix for local noticing        American Express Corporation        American Express National Bank
0315-2                                  P. O. Box 1270                      c/o Becket and Lee LLP
Case 20-20214-GLT                       Newark, NJ 07101-1270               PO Box 3001
WESTERN DISTRICT OF PENNSYLVANIA                                            Malvern  PA 19355-0701
Pittsburgh
Tue Aug  2 14:56:18 EDT 2022

(p)ATLAS ACQUISITIONS LCC               Bridgecrest                         Bridgecrest
492C CEDAR LANE SUITE 442               7300 E Hampton Ave Ste 100          PO Box 842695
TEANECK NJ 07666-1713                   Mesa, AZ 85209-3324                 Los Angeles, CA 90084-2695


CRB                                     Citibank, N.A.                      Citibank/The Home Depot
4315 Pickett Road, Bankruptcy Department 5800 S Corporate Pl                Citicorp Credit Srvs/Centralized Bk dept
St. Joseph, Missouri 64503-1600         Sioux Falls, SD  57108-5027         Po Box 790034
                                                                            St Louis, MO 63179-0034


Citibank/The Home Depot                 Collection Service Center, Inc.     Collection Service Center, Inc.
Po Box 6497                             Attn: Bankruptcy                    Pob 560
Sioux Falls, SD 57117-6497              839 5th Ave.                        New Kensington, PA 15068-0560
                                        New Kensington, PA 15068-6303


Credit Collection Services              Credit Collection Services          Credit One Bank
Attn: Bankruptcy                        Po Box 607                          P.O. Box 98873
725 Canton St                           Norwood, MA 02062-0607              Las Vegas, NV 89193-8873
Norwood, MA 02062-2679


Discover Bank                           Diversified Consultants, Inc.       Diversified Consultants, Inc.
Discover Products Inc                   Attn: Bankruptcy                    P O Box 551268
PO Box 3025                             Po Box 679543                       Jacksonville, FL 32255-1268
New Albany, OH  43054-3025              Dallas, TX 75267-9543


Duquesne Light Company                  Keri P. Ebeck                       Jeffrey Hunt
c/o Bernstein-Burkley, P.C.             Bernstein-Burkley                   GRB Law
707 Grant Street, Suite 2200, Gulf Tower 601 Grant Street, 9th Floor        525 William Penn Place
Pittsburgh, PA 15219-1945               Pittsburgh, PA 15219-4430           Suite 3110
                                                                            Pittsburgh, PA 15219-1753


Huntingdon National Bank                (p)JEFFERSON CAPITAL SYSTEMS LLC    KML Law Group
P.O. Box 1558                           PO BOX 7999                         BNY Mellon Independence Center
Columbus, OH 43216-1558                 SAINT CLOUD MN 56302-7999           701 Market Street - Suite 5000
                                                                            Attn David Fein Esq.
                                                                            Philadelphia, PA 19106-1541


LVNV Funding, LLC                       MERRICK BANK                        Merrick Bank
Resurgent Capital Services              Resurgent Capital Services          PO Box 660702
PO Box 10587                            PO Box 10368                        Dallas, TX 75266-0702
Greenville, SC 29603-0587               Greenville, SC 29603-0368


Brian Nicholas                          Office of the United States Trustee PRA Receivables Management, LLC
KML Law Group, P.C.                     Liberty Center.                     PO Box 41021
701 Market Street                       1001 Liberty Avenue, Suite 970      Norfolk, VA 23541-1021
Suite 5000                              Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | PennyMac Loan Services, LLC<br>3043 Townsgate Road, #200<br>Westlake Village, CA 91361-3027 |
| PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, PC<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| SST/Cross River Bank<br>4315 Pickett Road<br>Saint Joseph, MO 64503-1600 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Joseph R. Sundo<br>1505 Middle Street<br>Pittsburgh, PA 15215-2531 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Systems & Services Technologies Inc<br>4315 Pickett Road<br>Po Box 3999<br>Saint Joseph, MO 64503-0999 | Systems & Services Technologies Inc<br>Po Box 5493<br>Carol Stream, IL 60197-5493 |
| THE HUNTINGTON NATIONAL BANK<br>PO BOX 889424<br>CLEVELAND, OH 44101-8539 | (p)TEMPOE  LLC DBA WHY NOT LEASE IT<br>ATTN BOB HOLWADEL<br>720 EAST PETE ROSE WAY SUITE 400<br>CINCINNATI OH 45202-3576 | UPMC<br>2 Hot Metal Street, Room 386<br>Pittsburgh, PA 15203-2348 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste. 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Tempo<br>720 East Pete Rose Way, Suite 400<br>Cincinnati, OH 45202 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)PENNYMAC LOAN SERVICES, LLC | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     2<br>Total                  50 |