IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Joseph R. Sundo, | ) Case No. 20-20214 GLT |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Related to Docket No. 88 |
| Joseph R. Sundo, | ) |
| | ) |
| Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| AHN Wexford and | ) |
| Ronda J. Winnecour, Trustee, | ) |
| | ) |
| Respondents | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 7, 2022, a true and correct copy of the *Amended Order to Pay Trustee, along with the Notification of Debtors Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served By CM/ECF Filing**
Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**

AHN Wexford
Attn: Payroll Dept.
12311 Perry Highway
Pittsburgh, PA 15090

Joseph R. Sundo
1505 Middle Street
Pittsburgh, PA 15215

Date of Service: September 7, 2022

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000