IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph R. Sundo, | ) | Case No. 20-20214 GLT |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No. 98 |
| Joseph R. Sundo, | ) | |
| Social Security No. XXX-XX- 4886 | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AHN Wexford and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondents | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 19, 2022, a true and correct copy of the *Amended Order to Pay Trustee Pursuant to Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

AHN Wexford
Attn: Payroll Dept.
12311 Perry Highway
Wexford, PA 15090

Joseph R. Sundo
1505 Middle Street
Pittsburgh, PA 15215


**Served by CM/ECF:** Ronda J. Winnecour, Trustee


Date of Service: September 19, 2022    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    Attorney for the Debtor
    STEIDL & STEINBERG
    2830 Gulf Tower - 707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000 ken.steidl@steidl-steinberg.com
    PA I.D. No. 34965