Case 20-20214-GLT    Doc 109    Filed 03/09/23    Entered 03/09/23 13:26:52    Desc Main
Document    Page 1 of 1
FILED
3/9/23 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-20214-GLT |
| | : | Chapter: | 13 |
| Joseph R. Sundo | : | | |
| | : | | |
| | : | Date: | 3/8/2023 |
| *Debtor(s)*. | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #106 Objection to the Notice of Mortgage Payment Change Re: Claim Number 13.
     # 108 - Response filed by Pennymac

**APPEARANCES**:
     Debtor:     Abagale Steidl
     Pennymac:   Brian Nicholas

**NOTES:**   [9:00]

Steidl: Asking for continuance.

Court: The Debtor has yet to produce proof insurance was timely canceled or that a refund was issued.

**OUTCOME:**

1) For the reasons stated on the record, the *Objection to the Notice of Mortgage Payment Change* [Dkt. No. 106] is DENIED without prejudice. To the extent the Debtor desires to file an amended objection, the Court grants him thirty (30) days leave from the date of this Order to do so. [Text order].

**DATED:**  3/8/2023