FILED
4/26/23 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph R. Sundo | ) |
| | ) **Case No. 20-20214 GLT** |
| | ) |
| | ) **Chapter 13** |
| **Debtor(s).** | ) |
| _____ | X **Related Docket No.** 114 |

### AMENDED STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

a motion to dismiss case or certificate of default requesting dismissal

☒ a plan modification sought by:   The Debtor

❑ a motion to lift stay
as to creditor   _____

❑ Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

 Chapter 13 Plan dated
☒ Amended Chapter 13 Plan dated 8/2/2022

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $3,277.00 to
$3,319.00 per month, effective 5/2023; and/or the Plan term shall be changed
from ___ months to ____ months.                                    .

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

[04/22]                                    -1-

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑    Debtor(s) shall file and serve _____ on or before _____.

❑    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

✠    Other: The monthly payment owed to PennyMac Loan Services, LLC is increased to $1,054.67, effective 2/1/2023, pursuant to the Notice of Mortgage Payment Change filed on 12/22/2022. The stipulated order addresses the existing plan arrears, which will be cured over the remaining 21 months of the plan.  Legal Fees payable to Steidl & Steinberg, PC of $500.00 have been added.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 26th day of _____ April _____, 2023

Gregory L. Taddonio
Chief United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/ Kenneth Steidl_____              /s/ James Warmbrodt_____
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 20-20214-GLT

Joseph R. Sundo                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                          Page 1 of 3
Date Rcvd: Apr 26, 2023                     Form ID: pdf900                      Total Noticed: 41

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph R. Sundo, 1505 Middle Street, Pittsburgh, PA 15215-2531 |
| sp | + | Neil Isler, Woomer & Talarico, 2945 Banksville Rd., Ste. 200, Pittsburgh, PA 15216-2749 |
| sp | + | Woomer & Talarico, LLC, 2945 Banksville Road, Ste. 200, Pittsburgh, PA 15216-2749 |
| 15199099 | + | CRB, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 15200114 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15200119 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15200120 | + | SST/Cross River Bank, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15186288 | | Systems & Services Technologies Inc, Po Box 5493, Carol Stream, IL 60197-5493 |
| 15186289 | | Systems & Services Technologies Inc, 4315 Pickett Road, Po Box 3999, Saint Joseph, MO 64503-0999 |
| 15200122 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempo, 720 East Pete Rose Way, Suite 400, Cincinnati, OH 45202 |
| 15188709 | | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15210528 | | Email/Text: bnc@atlasacq.com | Apr 26 2023 23:49:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15186282 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:44 | American Express Corporation, P. O. Box 1270, Newark, NJ 07101-1270 |
| 15212844 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 23:56:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15484869 | | Email/Text: rm-bknotices@bridgecrest.com | Apr 26 2023 23:50:00 | Bridgecrest, PO Box 842695, Los Angeles, CA 90084-2695 |
| 15484870 | | Email/Text: rm-bknotices@bridgecrest.com | Apr 26 2023 23:50:00 | Bridgecrest, 7300 E Hampton Ave Ste 100, Mesa, AZ 85209-3324 |
| 15224829 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15200112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:23 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15200113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:02 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 41

| | | | | |
|---|---|---|---|---|
| 15200115 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 26 2023 23:50:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15200117 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 26 2023 23:50:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15200116 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 26 2023 23:50:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 15186283 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2023 23:56:17 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15188533 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15200118 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 26 2023 23:50:00 | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 15223777 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15186284 | + | Email/Text: bankruptcy@huntington.com | Apr 26 2023 23:50:00 | Huntingdon National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15224657 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2023 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15186285 | ^ | MEBN | Apr 26 2023 23:51:05 | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, Attn David Fein Esq., Philadelphia, PA 19106-1541 |
| 15205661 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15201791 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2023 23:55:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15186286 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2023 23:56:13 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15186287 | + | Email/PDF: ebnotices@pnmac.com | Apr 26 2023 23:55:45 | PennyMac Loan Services, LLC, 3043 Townsgate Road, #200, Westlake Village, CA 91361-3027 |
| 15224432 | + | Email/PDF: ebnotices@pnmac.com | Apr 27 2023 00:19:45 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15221365 | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15186949 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15186290 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 26 2023 23:50:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15210534 | ^ | MEBN | Apr 26 2023 23:50:49 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15220652 | | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2023 23:56:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas |

District/off: 0315-2                                    User: auto                                                    Page 3 of 3
Date Rcvd: Apr 26, 2023                          Form ID: pdf900                                        Total Noticed: 41

| | | |
|---|---|---|
| | | Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15219786 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15200121 | * | Systems & Services Technologies Inc, Po Box 5493, Carol Stream, IL 60197-5493 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Joseph R. Sundo julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 7