**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Joseph R. Sundo**  :  Case No. 20−20214−GLT
*Debtor(s)*  :  Chapter: 13
:
:
:
:  Related Dkt. No. 128
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 29th of January, 2025,* after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph R. Sundo  
    Debtor

Case No. 20-20214-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Jan 29, 2025     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph R. Sundo, 1505 Middle Street, Pittsburgh, PA 15215-2531 |
| sp | + | Neil Isler, Woomer & Talarico, 2945 Banksville Rd., Ste. 200, Pittsburgh, PA 15216-2749 |
| sp | #+ | Woomer & Talarico, LLC, 2945 Banksville Road, Ste. 200, Pittsburgh, PA 15216-2749 |
| 15199099 | + | CRB, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 15200118 | + | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 15200119 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15200120 | + | SST/Cross River Bank, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15186288 | | Systems & Services Technologies Inc, Po Box 5493, Carol Stream, IL 60197-5493 |
| 15200122 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempo, 720 East Pete Rose Way, Suite 400, Cincinnati, OH 45202 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 00:41:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 30 2025 00:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15210528 | | Email/Text: bnc@atlasacq.com | Jan 30 2025 00:13:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15186282 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2025 00:58:23 | American Express Corporation, P. O. Box 1270, Newark, NJ 07101-1270 |
| 15212844 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2025 00:18:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15484869 | | Email/Text: rm-bknotices@bridgecrest.com | Jan 30 2025 00:16:00 | Bridgecrest, PO Box 842695, Los Angeles, CA 90084-2695 |
| 15484870 | | Email/Text: rm-bknotices@bridgecrest.com | Jan 30 2025 00:16:00 | Bridgecrest, 7300 E Hampton Ave Ste 100, Mesa, AZ 85209-3324 |
| 15224829 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:18:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15200112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:18:38 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15200113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:29:08 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 20-20214-GLT   Doc 132   Filed 01/31/25   Entered 02/01/25 00:31:51   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15200115 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 30 2025 00:15:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15200114 | ^ | MEBN | Jan 30 2025 00:05:37 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15200117 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 30 2025 00:16:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15200116 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 30 2025 00:16:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 15186283 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2025 00:18:14 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15188533 | | Email/Text: mrdiscen@discover.com | Jan 30 2025 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223777 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 30 2025 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15186284 | + | Email/Text: bankruptcy@huntington.com | Jan 30 2025 00:15:00 | Huntingdon National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15224657 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2025 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15186285 | ^ | MEBN | Jan 30 2025 00:05:01 | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, Attn David Fein Esq., Philadelphia, PA 19106-1541 |
| 15205661 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 00:18:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15201791 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2025 00:17:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15186286 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2025 00:18:46 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15186287 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2025 00:18:04 | PennyMac Loan Services, LLC, 3043 Townsgate Road, #200, Westlake Village, CA 91361-3027 |
| 15224432 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2025 00:41:01 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15221365 | + | Email/Text: ebnpeoples@grblaw.com | Jan 30 2025 00:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15186949 | ^ | MEBN | Jan 30 2025 00:05:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15186289 | ^ | MEBN | Jan 30 2025 00:04:26 | Systems & Services Technologies Inc, 4315 Pickett Road, Po Box 3999, Saint Joseph, MO 64503-0999 |
| 15188709 | | Email/Text: bankruptcy@huntington.com | Jan 30 2025 00:15:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15186290 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 30 2025 00:16:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15210534 | | Email/Text: BNCnotices@dcmservices.com | Jan 30 2025 00:14:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15220652 | | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2025 00:18:39 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 32

Case 20-20214-GLT    Doc 132    Filed 01/31/25    Entered 02/01/25 00:31:51    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15219786 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15200121 | * | Systems & Services Technologies Inc, Po Box 5493, Carol Stream, IL 60197-5493 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025                 Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

**Name** — **Email Address**

Brent J. Lemon
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
on behalf of Debtor Joseph R. Sundo julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 8