FILED
3/24/25 10:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| WITHDRAWAL OF APPEARANCES BY BRENT LEMON, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF DENISE CARLON, ESQUIRE, IN VARIOUS OPEN CASES | Miscellaneous No. 25-202-GLT |
| | Related to Docket No. 2 |

## ORDER OF COURT

AND NOW, this _24th Day of March_ , 2025, upon consideration of the

Omnibus Joint Motion to Withdraw the Appearance of Brent Lemon, Esquire, and Enter the

Appearance of Denise Carlon, Esquire, it is hereby

ORDERED that the Motion is granted, and Brent Lemon, Esquire, is granted leave to

withdraw his appearance as counsel of record in in the list of cases attached to the Motion as

Exhibit "A", and it is further

ORDERED that the appearance of Denise Carlon, Esquire, is entered as counsel of record

for the parties formerly represented by Attorney Lemon in the list of cases attached to the Motion

as Exhibit "A".

BY THE COURT:

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court