```
                                                          FILED
                                                          3/24/25 10:00 am
            IN THE UNITED STATES BANKRUPTCY COURT         CLERK
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA        U.S. BANKRUPTCY
                                                          COURT - WDPA
```

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph R. Sundo, ) | Bankruptcy No. 20-20214 GLT |
| ) | Chapter 13 |
| ) | Docket No. 133 |
| Debtor ) | |
| ) | |
| Steidl & Steinberg, P.C. ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. ) | |
| Winnecour, Trustee, ) | |
| ) | |
| Respondents ) | |

## ORDER OF COURT

AND NOW, to-wit this ___24th___ day of __March__, 2025, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Final Compensation is approved in the additional amount of $2,105.00 for work performed in the Chapter 13 case by Debtor's counsel from January 20, 2020 to February 26, 2025.

2) The Debtor paid counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtor's counsel was paid a $750.00 retainer prior to filing and has been paid $3,250.00 by the Chapter 13 Trustee for the remainder of the no-look fee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $6.105.00, provided, however, the

total to be paid through the Plan by the Trustee is $5,355.00, representing the $3,250.00 remainder of the no-look fee as set forth above, and an additional $2,105.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the Plan are achieved, but before a Debtor Refund is issued.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) The clerk shall record the total compensation as $6,105.00, provided only $5,355.00 is to be paid through the Trustee under the Plan.

Prepared by: __Christopher Frye, Esq.__

**DEFAULT ENTRY**

Dated: __March 24, 2025__

_____
Gregory L. Taddonio    hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20214-GLT |
| Joseph R. Sundo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph R. Sundo, 1505 Middle Street, Pittsburgh, PA 15215-2531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 26, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Joseph R. Sundo julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Mar 24, 2025 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8