**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH R. SUNDO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20214 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/20/2020 and confirmed on 06/22/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 123,394.97 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 123,394.97 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,657.74 | |
| Trustee Fee | 6,547.22 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,204.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 2477 | 0.00 | 50,062.84 | 0.00 | 50,062.84 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 2477 | 7,438.74 | 7,438.74 | 0.00 | 7,438.74 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 8552 | 18,998.63 | 18,998.63 | 3,043.42 | 22,042.05 |
| | | | | 79,543.63 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSEPH R. SUNDO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG PC<br>Acct: | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXX6/25 | 2,105.00 | 1,407.74 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 8346 | 0.00 | 6,490.80 | 0.00 | 6,490.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| BRIDGECREST | 0.00 | 15,298.30 | 0.00 | 15,298.30 |
| Acct: 7601 | | | | |
| | | | | 21,789.10 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 959.62 | 546.26 | 0.00 | 546.26 |
| Acct: 1004 | | | | |
| CITIBANK NA** | 423.59 | 241.13 | 0.00 | 241.13 |
| Acct: 9959 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: IFRY | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3782 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2129 | | | | |
| LVNV FUNDING LLC | 2,085.69 | 1,187.28 | 0.00 | 1,187.28 |
| Acct: 5854 | | | | |
| DISCOVER BANK(*) | 935.25 | 532.39 | 0.00 | 532.39 |
| Acct: 1368 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1725 | | | | |
| MERRICK BANK | 1,389.87 | 791.18 | 0.00 | 791.18 |
| Acct: 9772 | | | | |
| CRB | 6,636.80 | 3,777.97 | 0.00 | 3,777.97 |
| Acct: 9135 | | | | |
| UPMC HEALTH SERVICES | 175.00 | 99.62 | 0.00 | 99.62 |
| Acct: 4886 | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 2,276.71 | 1,296.02 | 0.00 | 1,296.02 |
| Acct: 7054 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 590.21 | 335.97 | 0.00 | 335.97 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 53.00 | 17.67 | 0.00 | 17.67 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,853.55 | 1,055.13 | 0.00 | 1,055.13 |
| Acct: 4355 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 515.94 | 293.70 | 0.00 | 293.70 |
| Acct: 7128 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,199.76 | 682.96 | 0.00 | 682.96 |
| Acct: 0890 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0890 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TEMPO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,857.28 |

TOTAL PAID TO CREDITORS                                                                             112,190.01

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 26,437.37 |
| UNSECURED | 19.094.99 |

Date: 04/03/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com